Respondents. — Order unanimously affirmed, without costs. (See *Matter of Ferris v Sadowski,* 45 NY2d 815.) (Appeal from order of Niagara Supreme Court, Broughton, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of JOHN H. SMITH, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, Appellants, and WILLIAM F. ROBINSON, Respondent. — Order unanimously reversed, without costs, and petition dismissed. Memorandum: Subdivision 2 of section 6-134 of the Election Law specifically states that the cover sheet shall indicate the office for which each designation and nomination is being made. Statutory commands as to content of the cover sheet must be strictly observed (see *Matter of Hutson v Bass,* 54 NY2d 772). (Appeal from order of Erie Supreme Court, Kane, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of RALPH M. MOHR et al., Appellants, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents. — Order unanimously reversed, without costs, and matter remitted to Supreme Court, Erie County, for further proceedings on the petition. Memorandum: Petitioner Mohr, an enrolled Republican, is a designated and authorized candidate of the Right to Life Party for the office of Erie County Legislator, 17th District, in the upcoming primary election. He is therefore an aggrieved candidate and may institute a proceeding to challenge the validity of the respondent's designating petition (Election Law, § 16-102, subd 1; *Matter of Wydler v Cristenfeld,* 35 NY2d 719.) (Appeal from order of Erie Supreme Court, Flaherty, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ JAMES J. ERNEWEIN et al., Respondents, v FREDERICK F. PORDUM, as Democratic Candidate for the Office of Mayor of City of Lackawanna, et al., Appellants, and JOSEPH F. CRANGLE et al., Constituting the Candidates Committee on Vacancies, Respondents. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: We agree for the reasons stated at Special Term that respondent Pordum is ineligible to assume the office of Mayor of the City of Lackawanna because he was convicted of a crime of moral turpitude; however, the court erroneously invalidated the entire petition. The petition is valid insofar as it designated a committee to fill vacancies (see *Matter of Owens v Sharpton,* 45 NY2d 794). (Appeals from order of Erie Supreme Court, Ostrowski, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ JAMES J. ERNEWEIN et al., Respondents, v. FREDERICK F. PORDUM, as Democratic Candidate for the Office of Mayor of City of Lackawanna, Appellant, and JOSEPH F. CRANGLE et al., Constituting the Candidates Committee on Vacancies, et al., Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Erie Supreme Court, Ostrowski, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of ELIZABETH SPRIO-CARMAN, Respondent, v BOARD OF ELECTIONS OF THE COUNTY OF ERIE et al., Appellants. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Kane, J. (Appeals from order of Erie Supreme Court, Kane, J. — Election Law.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of CHARLES CARMAN, Respondent, v BOARD OF ELECTIONS OF THE COUNTY OF ERIE, Appellant. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Kane, J. (Appeal from order of